IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HUDSON HENLEY § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | CAUSE NO. 3:15-CV-03078-L |
| LOVE INSURANCE GROUP, LLC § | |
| AND AMERICAN BANKERS § | |
| INSURANCE OF FLORIDA § | |
| Defendants. § | |

## JOINT STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff Hudson Henley and Defendant American Bankers Insurance of Florida file this *Joint Stipulation of Partial Dismissal with Prejudice*.

**I.**

Plaintiff filed this lawsuit on August 18, 2015 naming as defendants Love Insurance Group, LLC and American Bankers Insurance of Florida. Plaintiffs no longer wish to pursue any claims against American Bankers Insurance of Florida. As such, Hudson Henley and American Bankers Insurance of Florida jointly stipulate and request that the Court enter an order providing:

1. That this joint stipulation of dismissal is granted; and

2. That all claims that have or could have been brought by the Hudson Henley against American Bankers Insurance of Florida are dismissed with prejudice; and

3. That Hudson Henley and American Bankers Insurance of Florida are to bear their respective costs and attorney's fees.

**PRAYER**

For these reasons, the Parties stipulate as provided above and pray that the Court sign an order on the stipulation. The Parties request all other relief to which they are entitled.

Respectfully submitted,


By: /s/ R. Lane Addison
    **R. LANE ADDISON**
    Texas Bar No. 24059355
    rladdison@henleylawpc.com
    **HENLEY & HENLEY, P.C.**
    3300 Oak Lawn Avenue, Suite 700
    Dallas, TX 75291
    Telephone: (214) 821-0222
    Facsimile: (214) 821-0124
    *Attorney for Plaintiff Hudson Henley*


And


By: /s/ William T. Treas
    **WILLIAM T. TREAS**
    Admitted *Pro Hoc Vice*
    wtreas@nct-law.com
    **NIELSEN, CARTER & TREAS, LLC**
    3838 N. Causeway Blvd, Suite 2850
    Metairie, LA  70002-8328
    TEL:  (504) 837-2500
    FAX:  (504) 832-9165
    *Attorney for Defendant ABI*

**CERTIFICATE OF SERVICE**

  I certify that on July 6, 2016 a true and correct copy of the foregoing was served to each person listed below by the method indicated.

              /s/ R. Lane Addison
              R. Lane Addison
              E-mail:  rladdison@henleylawpc.com


Jonathan D.F. Nelson
Attorney for Love Insurance Group, LLC
JONATHAN D.F. NELSON, P.C.
1400 West Abram Street
Arlington, Texas  76013
TEL:  (817) 261-2222
FAX:  (817) 276-4944
E-mail:  jnelson@hillgilstrap.com
Document was Electronically Served


William T. Treas
Attorney for American Bankers Insurance of Florida
Nielsen, Carter & Treas, LLC
3838 N. Causeway Blvd, Suite 2850
Metairie, LA  70002-8328
TEL:  (504) 837-2500
FAX:  (504) 832-9165
E-mail:  wtreas@nct-law.com
Document was Electronically Served