IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **HUDSON HENLEY,** § § Plaintiff, § v. § § Civil Action No. **3:15-CV-3078-L** **LOVE INSURANCE GROUP, LLC AND** § **AMERICAN BANKERS INSURANCE** § **OF FLORIDA,** § § Defendants. § | |

**HUDSON HENLEY,**

    Plaintiff,

v.

**LOVE INSURANCE GROUP, LLC AND AMERICAN BANKERS INSURANCE OF FLORIDA,**

    Defendants.

Civil Action No. **3:15-CV-3078-L**

## JUDGMENT

    This judgment is issued pursuant to the Findings, Conclusions and Recommendation of the United States Magistrate Judge entered on October 3, 2016, the court's October 21, 2016 order, and the Joint Stipulation of Dismissal filed by Plaintiff Hudson Henley ("Plaintiff") and Defendant American Bankers Insurance Company of Florida ("American Bankers") on July 6, 2016. It is therefore ORDERED, ADJUDGED, and DECREED that all claims by Plaintiff that have or could have been brought in this action against American Bankers are **dismissed with prejudice**; and that Plaintiff and American Bankers shall bear their own attorney's fees and court costs. Further, the court expressly determines, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason to delay the entry of final judgment in this case as to American Bankers and **directs** the clerk of the court to enter this judgment as a final judgment with respect to American Bankers.

    **Signed** this 21st day of October, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**